IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY YOPP,
     Plaintiff,

                                                 Case No.
                                                 Hon.

v.

                                                 Lower Court No.  18-010751NO

KEATH BARTYNSKI,
     In his individual and official capacity,
AND, THE CITY OF HIGHLAND PARK

     Defendants,

---

| | |
|---|---|
| DAVID A. ROBINSON (P38754) | WILLIAM R. FORD (P35870) |
| ROBINSON AND ASSOCIATES, P.C. | Counsel for the City of Highland Park |
| Attorney for Plaintiff | Attorney for Defendants |
| 28154 Greenfield Rd, Suite 100 | City of Highland Park |
| Southfield, MI 48076 | 12050 Woodward Avenue |
| (248) 423-7234 | Highland Park, MI 48203 |
| davidrobinsonlaw@gmail.com | Phone: (248) 790-6812/ Fax: (248) 592-9763 |
| | |
| THOMAS E. KUHN (P37923) | BENJAMIN WHITFIELD, JR. & |
| Co-Counsel for Plaintiff | ASSOCIATES, P.C. |
| 645 Griswold Street, Ste. 1900 | BENJAMIN WHITFIELD, JR. (P23562) |
| Detroit, MI 48226 | Co-Counsel for Defendants |
| (313) 963-522; fax (313) 963-9061 | 613 Abbott St., 1st FL |
| tekuhn@aol.com | Detroit, MI 48226 |
| | Phone: (313) 961-1000 |
| | Email: benwlaw123@aol.com |

---

**NOTICE OF REMOVAL (CIRCUIT COURT)**
**NOTICE OF FILING REMOVAL (FEDERARL COURT)**
**NOTICE OF REMOVAL OF CAUSE TO THE**
**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**
**VERIFICATION**
**APPEARANCE (FEDERAL COURT)**
**DISCLOSURE STATEMENT**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY YOPP,
      Plaintiff,

                                Case No.
                                Hon.

v.

                                Lower Court No. 18-010751NO

KEATH BARTYNSKI,
      In his individual and official capacity,
AND, THE CITY OF HIGHLAND PARK

      Defendants,

---

| | |
|---|---|
| DAVID A. ROBINSON (P38754)<br>ROBINSON AND ASSOCIATES, P.C.<br>Attorney for Plaintiff<br>28154 Greenfield Rd, Suite 100<br>Southfield, MI 48076<br>(248) 423-7234<br>davidrobinsonlaw@gmail.com | WILLIAM R. FORD (P35870)<br>Counsel for the City of Highland Park<br>Attorney for Defendants<br>City of Highland Park<br>12050 Woodward Avenue<br>Highland Park, MI 48203<br>Phone: (248) 790-6812/ Fax: (248) 592-9763 |
| THOMAS E. KUHN (P37923)<br>Co-Counsel for Plaintiff<br>645 Griswold Street, Ste. 1900<br>Detroit, MI 48226<br>(313) 963-522; fax (313) 963-9061<br>tekuhn@aol.com | BENJAMIN WHITFIELD, JR. &<br>ASSOCIATES, P.C.<br>BENJAMIN WHITFIELD, JR. (P23562)<br>Co-Counsel for Defendants<br>613 Abbott St., 1st FL<br>Detroit, MI 48226<br>Phone: (313) 961-1000<br>Email: benwlaw123@aol.com |

---

**NOTICE OF FILING REMOVAL TO THE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

PLEASE TAKE NOTICE that, pursuant to 28 USC §1441, KEATH BARTYNSKI, in his

individual and official capacity, AND, THE CITY OF HIGHLAND PARK, (hereinafter

Defendants), hereby files with the Clerk of the Court a copy of its Notice of Removal, attached

hereto, and which was filed with the United States District Court, Eastern District of Michigan, Southern Division on 9/14/2018

Moreover, this Court is an Article III court with the express authority to hear and adjudicate any questions arising under the Constitution, Laws, and Treaties of the United States, including but not limited to the Bill of Rights, the Ninth Amendment, the Eleventh Amendment, the original Thirteenth Amendment, the Fourteenth Amendment.

Date: 9/14/2018

Respectfully Submitted,

William R. Ford (P35870)
Counsel for the City of Highland Park
Attorney for Defendants
City of Highland Park
12050 Woodward Avenue
Highland Park, MI 48203
Phone: (248) 790-6812/ Fax: (248) 592-9763

**Benjamin Whitfield, Jr. & Associates, P.C.**

By:__ /s/ Benjamin Whitfield, Jr.
Benjamin Whitfield, Jr. (P23562)
Co-Counsel for Defendants
613 Abbott St, 1st FL
Detroit, MI 48226
Phone: (313) 961-1000
Email: benwlaw123@aol.com

## CERTIFICATE OF ELECTRONIC FILING

Benjamin Whitfield Jr. certifies that a copy of the Notice of Removal, and removal documents and this Certificate of Electronic Filing was electronically filed wit the United States District Court, Eastern District of Michigan, Southern Division, in the above cause on 9/14/2018. A copy will be provided to counsel of record via first class mail. I declare under the penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

/s/ Benjamin Whitfield, Jr.
Benjamin Whitfield, Jr. (P23562)
Co-Counsel for Defendants
613 Abbott St, 1st FL
Detroit, MI 48226

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY YOPP,
     Plaintiff,

                                               Case No.
                                              Hon.

v.

                                              Lower Court No. 18-010751NO

KEATH BARTYNSKI,
     In his individual and official capacity,
AND, THE CITY OF HIGHLAND PARK

     Defendants,

| | |
|---|---|
| DAVID A. ROBINSON (P38754)<br>ROBINSON AND ASSOCIATES, P.C.<br>Attorney for Plaintiff<br>28154 Greenfield Rd, Suite 100<br>Southfield, MI 48076<br>(248) 423-7234<br>davidrobinsonlaw@gmail.com | WILLIAM R. FORD (P35870)<br>Counsel for the City of Highland Park<br>Attorney for Defendants<br>City of Highland Park<br>12050 Woodward Avenue<br>Highland Park, MI 48203<br>Phone: (248) 790-6812/ Fax: (248) 592-9763 |
| THOMAS E. KUHN (P37923)<br>Co-Counsel for Plaintiff<br>645 Griswold Street, Ste. 1900<br>Detroit, MI 48226<br>(313) 963-522; fax (313) 963-9061<br>tekuhn@aol.com | BENJAMIN WHITFIELD, JR. &<br>ASSOCIATES, P.C.<br>BENJAMIN WHITFIELD, JR. (P23562)<br>Co-Counsel for Defendants<br>613 Abbott St., 1st FL<br>Detroit, MI 48226<br>Phone: (313) 961-1000<br>Email: benwlaw123@aol.com |

**NOTICE OF REMOVAL FOR CAUSE TO THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

TO: THE UNITED STATES DISTRICT COURT

     **PLEASE TAKE NOTICE** that, pursuant to 28 USC §1441, Defendants, KEATH

BARTYNSKI, in his individual and official capacity, AND, THE CITY OF HIGHLAND

PARK, by and through their attorneys, William R. Ford, Counsel for the City of Highland Park and Benjamin Whitfield Jr. & Associates, and pursuant to 28 USCA §1332, 1441 and 1446, files the within Notice of Removal as follows:

1. On or about August 27, 2018 there was commenced, and is now pending the Circuit Court for the County of Wayne, State of Michigan, a certain civil action bearing case number 18-010751NO, in which GREGORY YOPP is the Plaintiff, and, KEATH BARTYNSKI, in his individual and official capacity, AND, THE CITY OF HIGHLAND PARK, are the Defendants.

2. A copy of Plaintiff's Complaint is attached as Exhibit A.

3. That service was effectuated on Defendants KEATH BARTYNSKI, in his individual and official capacity, AND, THE CITY OF HIGHLAND PARK, August 31, 2018. Defendants filed an Appearance and Answer in the Circuit Court for the County of Wayne on or about 9/14/2018.

4. This action is a suit at common law of a civil nature, in which Plaintiff GREGORY YOPP claims that the Defendants' after making his arrest slammed him to the ground for no apparent reason on January 14, 2018.

5. As a result of the January 14, 2018 incident, Plaintiff alleges in his complaint that he sustained personal injuries, which injuries caused:

    a. Economic damages, past and future;
    b. Pain and suffering, physical injury;
    c. Loss of society and companionship;
    d. Fear, anxiety, humiliation; and shame'
    e. Serious emotional distress;
    f. Cost of past and future medical; and,
    g. Loss of consortium, services and companionship.

6. As set forth in his Complaint, Plaintiff makes a generalized demand in excess of Twenty-Five Thousand Dollars ($25,000.00).

7. Plaintiff complains of among other things, various *willful*, systemic deprivations of fundamental Rights guaranteed by the Federal Constitution, and/or by federal law, and which deprivations are civil rights violations of 42 USC §1983, See pages 8, 9, 10 and 11 of Plaintiff's Complaint.

8. Within the proceedings of the State Court, Plaintiff has duly advised the State Court, and all other parties that certain actions and judicial events are now existing, have been done, and are now further threatened against the Plaintiff, in clear, unambiguous violations of basic due process, the Federal Constitution, state statutory law, federal statutory law, the relevant rulings by the high state courts, and/or against the relevant rulings held unanimously by *all* of the several federal Circuit Courts of Appeals.

9. This petition for warrant of removal inures to the *very essence* of the enactment and clearly expressed purpose of 28 USC §1443(1) by Congress, *i.e.; to provide a remedy for the removal to a United States District Court when a state court litigant " is denied or cannot enforce in the courts of such State a right under any law providing for the equal rights of citizens of the United States, or of all persons within the jurisdiction thereof."*

10. This Removal is timely made within one year of filing 28 USC §14469(c).

11. Written notice of filing of this Removal has been given to all parties as required by law, and is attached hereto.

12. A true and correct copy of Removal has been filed with the Clerk of the Court for the Circuit Court for the County of Wayne.

**WHEREFORE** Defendant, respectfully requests this Honorable Court to remove this civil action from the Circuit Court for the County of Wayne, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division.

Respectfully Submitted,

William R. Ford (P35870)
Counsel for the City of Highland Park
Attorney for Defendants
City of Highland Park
12050 Woodward Avenue
Highland Park, MI 48203
Phone: (248) 790-6812/ Fax: (248) 592-9763

**Benjamin Whitfield, Jr. & Associates, P.C.**

By:＿＿ /s/ Benjamin Whitfield, Jr.
Benjamin Whitfield, Jr. (P23562)
Co-Counsel for Defendants
613 Abbott St, 1st FL
Detroit, MI 48226
Phone: (313) 961-1000
Email: benwlaw123@aol.com

Date: 9/14/2018

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY YOPP,
     Plaintiff,

                                 Case No.
                                 Hon.

v.

                                 Lower Court No. 18-010751NO

KEATH BARTYNSKI,
     In his individual and official capacity,
AND, THE CITY OF HIGHLAND PARK

     Defendants,

---

| | |
|---|---|
| DAVID A. ROBINSON (P38754) | WILLIAM R. FORD (P35870) |
| ROBINSON AND ASSOCIATES, P.C. | Counsel for the City of Highland Park |
| Attorney for Plaintiff | Attorney for Defendants |
| 28154 Greenfield Rd, Suite 100 | City of Highland Park |
| Southfield, MI 48076 | 12050 Woodward Avenue |
| (248) 423-7234 | Highland Park, MI 48203 |
| davidrobinsonlaw@gmail.com | Phone: (248) 790-6812/ Fax: (248) 592-9763 |
| | |
| THOMAS E. KUHN (P37923) | BENJAMIN WHITFIELD, JR. & |
| Co-Counsel for Plaintiff | ASSOCIATES, P.C. |
| 645 Griswold Street, Ste. 1900 | BENJAMIN WHITFIELD, JR. (P23562) |
| Detroit, MI 48226 | Co-Counsel for Defendants |
| (313) 963-522; fax (313) 963-9061 | 613 Abbott St., 1ˢᵗ FL |
| tekuhn@aol.com | Detroit, MI 48226 |
| | Phone: (313) 961-1000 |
| | Email: benwlaw123@aol.com |

---

## VERIFICATION

     WILLIAM R. FORD and BENJAMIN WHITFIELD, JR., being first duly sworn, deposes

and says that he is the agent and attorney for Defendant, KEATH BARTYNSKI, in his

individual and official capacity, AND, THE CITY OF HIGHLAND PARK, that the foregoing

Notice of Removal is true in substance and in fact to the best of my knowledge, information and belief.

Respectfully Submitted,

William R. Ford (P35870)
Counsel for the City of Highland Park
Attorney for Defendants
City of Highland Park
12050 Woodward Avenue
Highland Park, MI 48203
Phone: (248) 790-6812/ Fax: (248) 592-9763

**Benjamin Whitfield, Jr. & Associates, P.C.**

By:___ /s/ Benjamin Whitfield, Jr.
Benjamin Whitfield, Jr. (P23562)
Co-Counsel for Defendants
613 Abbott St, 1st FL
Detroit, MI 48226
Phone: (313) 961-1000
Email: benwlaw123@aol.com

Date: 9/14/2018

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GREGORY YOPP,
     Plaintiff,

                                           Case No.
                                           Hon.

v.

                                           Lower Court No. 18-010751NO

KEATH BARTYNSKI,
     In his individual and official capacity,
AND, THE CITY OF HIGHLAND PARK

     Defendants,

_____

| | |
|---|---|
| DAVID A. ROBINSON (P38754) | WILLIAM R. FORD (P35870) |
| ROBINSON AND ASSOCIATES, P.C. | Counsel for the City of Highland Park |
| Attorney for Plaintiff | Attorney for Defendants |
| 28154 Greenfield Rd, Suite 100 | City of Highland Park |
| Southfield, MI 48076 | 12050 Woodward Avenue |
| (248) 423-7234 | Highland Park, MI 48203 |
| davidrobinsonlaw@gmail.com | Phone: (248) 790-6812/ Fax: (248) 592-9763 |
| | |
| THOMAS E. KUHN (P37923) | BENJAMIN WHITFIELD, JR. & |
| Co-Counsel for Plaintiff | ASSOCIATES, P.C. |
| 645 Griswold Street, Ste. 1900 | BENJAMIN WHITFIELD, JR. (P23562) |
| Detroit, MI 48226 | Co-Counsel for Defendants |
| (313) 963-522; fax (313) 963-9061 | 613 Abbott St., 1st FL |
| tekuhn@aol.com | Detroit, MI 48226 |
| | Phone: (313) 961-1000 |
| | Email: benwlaw123@aol.com |

_____


## APPEARANCE


     **PLEASE ENTER** our Appearance as attorney in the above-entitled matter for the named

Defendants.

Respectfully Submitted,

William R. Ford (P35870)
Counsel for the City of Highland Park
Attorney for Defendants
City of Highland Park
12050 Woodward Avenue
Highland Park, MI 48203
Phone: (248) 790-6812/ Fax: (248) 592-9763

**Benjamin Whitfield, Jr. & Associates, P.C.**

By:___ /s/ Benjamin Whitfield, Jr.
Benjamin Whitfield, Jr. (P23562)
Co-Counsel for Defendants
613 Abbott St, 1ˢᵗ FL
Detroit, MI 48226
Phone: (313) 961-1000
Email: benwlaw123@aol.com

Date: 9/14/2018

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY YOPP,
     Plaintiff,

                                   Case No.
                                   Hon.

v.

                                   Lower Court No. 18-010751NO

KEATH BARTYNSKI,
     In his individual and official capacity,
AND, THE CITY OF HIGHLAND PARK

     Defendants,

---

| | |
|---|---|
| DAVID A. ROBINSON (P38754) | WILLIAM R. FORD (P35870) |
| ROBINSON AND ASSOCIATES, P.C. | Counsel for the City of Highland Park |
| Attorney for Plaintiff | Attorney for Defendants |
| 28154 Greenfield Rd, Suite 100 | City of Highland Park |
| Southfield, MI 48076 | 12050 Woodward Avenue |
| (248) 423-7234 | Highland Park, MI 48203 |
| davidrobinsonlaw@gmail.com | Phone: (248) 790-6812/ Fax: (248) 592-9763 |
| | |
| THOMAS E. KUHN (P37923) | BENJAMIN WHITFIELD, JR. & |
| Co-Counsel for Plaintiff | ASSOCIATES, P.C. |
| 645 Griswold Street, Ste. 1900 | BENJAMIN WHITFIELD, JR. (P23562) |
| Detroit, MI 48226 | Co-Counsel for Defendants |
| (313) 963-522; fax (313) 963-9061 | 613 Abbott St., 1st FL |
| tekuhn@aol.com | Detroit, MI 48226 |
| | Phone: (313) 961-1000 |
| | Email: benwlaw123@aol.com |

---

## DEFENDANT DISCLOSURE STATEMENT

     NOW COMES Defendant, KEATH BARTYNSKI, in his individual and official capacity, AND, THE CITY OF HIGHLAND PARK, pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosures:

Neither Defendant is a subsidiary or affiliate of a publicly owned corporation, therefor, no such corporation exists.

Respectfully Submitted,

William R. Ford (P35870)
Counsel for the City of Highland Park
Attorney for Defendants
City of Highland Park
12050 Woodward Avenue
Highland Park, MI 48203
Phone: (248) 790-6812/ Fax: (248) 592-9763

**Benjamin Whitfield, Jr. & Associates, P.C.**

By:___ /s/ Benjamin Whitfield, Jr.
Benjamin Whitfield, Jr. (P23562)
Co-Counsel for Defendants
613 Abbott St, 1st FL
Detroit, MI 48226
Phone: (313) 961-1000
Email: benwlaw123@aol.com

Date:  9/14/2018