UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY YOPP,

        Plaintiff,                               No. 18-12866

v.                                      District Judge Arthur J. Tarnow
                                            Magistrate Judge R. Steven Whalen

KEATH BARTYNSKI, ET AL.,

        Defendants.

_____/

## ORDER

For the reasons and under the terms stated on the record on May 16, 2019,

Plaintiff's motion to compel discovery [Doc. #6] is GRANTED.[1]

IT IS SO ORDERED.

Dated: May 16, 2019                 s/R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on May 16, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on May 16, 2019.

                                       s/Carolyn M. Ciesla
                                       Case Manager for the
                                       Honorable R. Steven Whalen

---

[1] However, the Court declines to grant Plaintiff's request for sanctions.